**FILED**
JAN 3 0 2006
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON *aka* THE DIOCESE OF TUCSON, an Arizona corporation sole,<br><br>            Debtor.<br><br>PHILIP GREGORY SPEERS,<br><br>            Plaintiff,<br>vs.<br><br>THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON,<br><br>            Defendant. | Chapter 11<br><br>No. 4-04-bk-04721-JMM<br><br>Adversary No. 4-05-ap-00197-JMM<br><br>**MEMORANDUM DECISION RE MOTION TO DISMISS AMENDED COMPLAINT, MOTION TO REMAND, AND DISALLOWANCE OF CLAIM NO. 244** |

       On January 9, 2006, the Plaintiff filed an Amended Complaint herein. On January 19, 2006, the Defendant filed a Motion to Dismiss the Amended Complaint. This Motion to Dismiss was set for hearing on January 31, 2006, at 1:30 p.m.

       On December 14, 2006, this court ordered the Plaintiff to file an amended complaint within 20 days. That date would have been January 4, 2006. The Amended Complaint was not filed until January 9, 2006, five days too late. No motion was filed by the Plaintiff, seeking an extension of that time period, and no reason was offered for the late filing. Indeed, the Amended Complaint was not even dated until January 5, 2006, one day after the court-ordered deadline.

       Accordingly, consistent with this court's order of December 14, 2006, the court shall order as follows:

       1. That the Defendant Roman Catholic Church of the Diocese of Tucson's Motion to Dismiss Amended Complaint be GRANTED and Plaintiff's Amended Complaint be DISMISSED, WITH PREJUDICE.

h:\wp\orders\diocese

2. That Plaintiff's claim no. 244 be DISALLOWED.

3. Vacating the hearing set for January 31, 2006, at 1:30 p.m.

4. Denying Plaintiff's Motion to Remand, as moot, and the hearing set thereon for January 31, 2006, at 1:30 p.m. be vacated.

DATED: January **30**, 2006.

*/s/ James M. Marlar*
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this **30** day of January, 2006, upon:

| | |
|---|---|
| Susan G. Boswell and Kasey C. Nye<br>Quarles & Brady Streich Lang LLP<br>One South Church Avenue, Suite 1700<br>Tucson, Arizona 85701-1621<br>sboswell@quarles.com<br>knye@quarles.com<br>Attorneys for Debtor | Lowell E. Rothschild and Michael McGrath<br>Mesch, Clark & Rothschild, P.C.<br>259 North Meyer Avenue<br>Tucson, Arizona 85701-1090<br>lrothschild@mcrazlaw.com<br>mmcgrath@mcrazlaw.com<br>Attorneys for Roman Catholic Parishes |
| C. Taylor Ashworth and Alisa C. Lacey<br>Stinson Morrison Hecker LLP<br>1850 North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>tashworth@stinsonmoheck.com<br>rmcgee@stinsonmoheck.com<br>Attorneys for Plaintiffs | Christopher J. Pattock<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706<br>christopher.j.pattock@usdoj.gov |
| Lynne M. Cadigan and Kim E. Williamson<br>Cadigan & Williamson, PLLC<br>504 South Stone Avenue<br>Tucson, Arizona 85701<br>lmcadigan@qwest.net<br>kewilliamson@uswest.net<br>Attorneys for Plaintiffs | Sally M. Darcy<br>McEvoy, Daniels & Darcy, P.C.<br>4560 East Camp Lowell Drive<br>Tucson, Arizona 85712<br>darcysm@aol.com<br>Attorneys for Unknown Claims Representative |
| Charles L. Arnold<br>Frazer Ryan Goldberg Arnold & Gittler<br>3101 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012-2615<br>carnold@frgaglaw.com<br>Guardian Ad Litem | A. Bates Butler<br>Fennemore Craig, P.C.<br>One South Church Avenue, Suite 100<br>Tucson, Arizona 85701<br>bbutler@fclaw.com<br>Unknown Claims Representative |

h:\wp\orders\diocese

2

Case 4:05-ap-00197-JMM   Doc 45   Filed 01/30/06   Entered 01/30/06 15:16:04   Desc
Main Document    Page 2 of 3

| | |
|---|---|
| Legal Mail<br>Phillip Gregory Speers<br>Y.C.A.D.C. 112062A<br>200 W. Court Street<br>Yuma, AZ 85364<br>U.S. Mail | Gerard R O'Meara<br>Gust Rosenfeld PLC<br>One S. Church Ave., #1900<br>Tucson, Arizona 85701<br>gromeara@gustlaw.com |

By _MB Thompson_
    Judicial Assistant